IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01874-MSK-KLM

JAMES MCKEE,

    Plaintiff,

v.

DIGITAL NRG, INC.,

    Defendant.

_____

## ORDER
_____

    THIS MATTER comes before the Court *sua sponte*. Having reviewed the pleadings in this matter, the Court

    **FINDS** that leave to proceed under 28 U.S.C. § 1915 was improvidently granted to Plaintiff on September 14, 2007, and Plaintiff does not qualify for *in forma pauperis* status.

    **IT IS THEREFORE ORDERED** that the Order granting the Motion to Proceed in Forma Pauperis **(#5)** is **VACATED** and Plaintiff is directed to pay any filing fee not yet already paid. It is

    **FURTHER ORDERED** that service of the Summons and Complaint shall be at the Plaintiff's expense.

    Dated this 19th day of September, 2007.

                                                        **BY THE COURT:**

                                                         *Marcia S. Krieger*
                                                       _____

Marcia S. Krieger
United States District Judge