IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01874-MSK-KLM

JAMES MCKEE,

    Plaintiff,

v.

DIGITAL NRG, INC.,

    Defendant.
_____

## ORDER
_____

THIS MATTER comes before the Court on Plaintiff's Motion to Re-Evaluate and Reconsider Status of Leave to Proceed (Motion) **(# 10)** filed October 16, 2007. Having reviewed the Motion and reconsidered the Order entered September 19, 2007 [Doc. #8],

**IT IS ORDERED** that the Motion is **DENIED**.

DATED this 7th day of November, 2007.

                                                 **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 United States District Judge