IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 07-cv-01874-CMA

JAMES MCKEE,

    Plaintiff,

v.

DIGITAL NRG, INC.,

    Defendant.

---

## ORDER GRANTING MOTION TO PROCEED

---

This matter is before the Court on Plaintiff's Motion To Proceed With Case (Doc. # 16) which motion the Court accepts in response to its Order To Show Cause (Doc. # 14). Upon review of the motion and the file, it is hereby

ORDERED that Plaintiff's motion to proceed is GRANTED. Plaintiff shall have to and including December 1, 2008 to pay any filing fee due.

IT IS FURTHER ORDERED that service of the Summons and Complaint shall be made upon the Defendant, at Plaintiff's expense, **no later than December 19, 2008.**

DATED: November __18__, 2008

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge