**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-01874-CMA

JAMES MCKEE,

      Plaintiff,

v.

DIGITAL NRG, INC.,

      Defendant.

---

### ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE

---

      This matter is before the Court on a review of the record.  On November 18, 2008, this Court ordered Plaintiff James McKee to pay any filing fee due on or before December 1, 2008 and to serve the Summons and Complaint on Defendant Digital NRG, Inc. on or before December 19, 2008.  *See* Doc. # 17.  Plaintiff has neither complied with the Court's orders nor has he shown good cause for his failure to comply.

      Accordingly, because Plaintiff has not complied with the November 18, 2008 Order, this matter is hereby DISMISSED WITHOUT PREJUDICE.

      DATED:  January __15__, 2009

                                 BY THE COURT:

                                   _____
                                   CHRISTINE M. ARGUELLO
                                   United States District Judge